IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00438-BNB

BYRON K. GAY,

Applicant,

v.

E. DIGGINS, Chief, Denver County Jail, et al.,

Respondents.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 1 2 2010

GREGORY C. LANGHAM
CLERK

---

## ORDER OF DISMISSAL

---

Applicant, Byron K. Gay, is an inmate at the Denver County Jail in Denver,

Colorado. Mr. Gay has filed *pro se* an application for a writ of habeas corpus pursuant

to 28 U.S.C. § 2241 seeking the dismissal of criminal charges against him. The Court

must construe the application liberally because Mr. Gay is not represented by an

attorney. **See Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935

F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not be an advocate for a

*pro se* litigant. **See Hall**, 935 F.2d at 1110: For the reasons stated below, the

application will be denied and the action will be dismissed.

Mr. Gay alleges that he was arrested on January 14, 2009, on burglary charges.

He further alleges that on January 16, 2009, the police obtained a warrant to take a

DNA sample and that, following DNA testing, he was charged in three cold cases dating

back to 1993 and 1995. Mr. Gay asserts that he "has suffered being arbitrarily 1.

charged without proper Due Process under the Fourteenth Amendment. 2. Subject to a

1.5 million dollar Bond violating his Eighth Amendment Right to be free from cruel and

unusual punishment. 3. Violating His Fourth Amendment right to be free from (unreasonable) searches and seizures." (Application for a Writ of Habeas Corpus Purs. to 28 U.S.C. § 2241 at 3J.) As relief Mr. Gay asks that "the three (3) cold cases be dismissed, with prejudice. And a special Federal Investigator be appointed to investigate the willful, wanton and capricious illegal misconduct of the Denver Police Department." (*Id.* at 5.) Mr. Gay's request for appointment of a special investigator is not an appropriate request in this habeas corpus action.

Mr. Gay's request for the dismissal of the charges against him in the three cold cases also is not appropriate in this action. Absent extraordinary or special circumstances, federal courts are prohibited from interfering with ongoing state criminal proceedings. *See Younger v. Harris*, 401 U.S. 37 (1971); *Phelps v. Hamilton*, 59 F.3d 1058, 1063-64 (10th Cir. 1995). To establish extraordinary or special circumstances, a defendant must be facing an irreparable injury that is both great and immediate. *See Younger*, 401 U.S. at 46. The exceptions to *Younger* provide only for a "very narrow gate for federal intervention." *Phelps*, 59 F.3d at 1064 (internal quotation marks omitted).

Mr. Gay does not allege any facts that indicate he will suffer great and immediate irreparable injury if the Court fails to intervene in the ongoing state court criminal proceedings. The fact that Mr. Gay will be forced to appear in state court on criminal charges, by itself, is not sufficient to establish great and immediate irreparable injury. *See Younger*, 401 U.S. at 46; *Dolack v. Allenbrand*, 548 F.2d 891, 894 (10th Cir. 1977). If Mr. Gay ultimately is convicted in state court and he believes that his federal

2

constitutional rights were violated in obtaining that conviction, he may pursue his claims

in federal court by filing an application for a writ of habeas corpus pursuant to 28 U.S.C.

§ 2254 after he exhausts state remedies.  Accordingly, it is

ORDERED that the application is denied and the action is dismissed without

prejudice.  It is

FURTHER ORDERED that no certificate of appealability will issue because

Applicant has not made a substantial showing of the denial of a constitutional right.

DATED at Denver, Colorado, this __11th__ day of __March__, 2010.

BY THE COURT:

_____

CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 10-cv-00438-BNB

Byron K. Gay
Prisoner No. 0000251823
Denver County Jail
PO Box 1108
Denver, CO 80201

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 3\2\10

GREGORY C. LANGHAM, CLERK

By: _____
               Deputy Clerk