**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-00438-ZLW

BYRON K. GAY,

    Applicant,

v.

E. DIGGINS, Chief, Denver County Jail, et al.,

    Respondents.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE ZITA LEESON WEINSHIENK

    Applicant's "Motion to Grant Preliminary Injunction Under 28 U.S.C. § 2283" filed on August 5, 2010, will not be considered and is DENIED because this action was dismissed by order filed on March 12, 2010.

Dated: August 6, 2010