**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-00438-ZLW

BYRON K. GAY,

    Applicant,

v.

E. DIGGINS, Chief, Denver County Jail, et al.,

    Respondents.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE ZITA LEESON WEINSHIENK

    Applicant's "Motion to Compel" (Doc. #10) filed on February 4, 2011, in which Applicant asks the Court to rule on a motion for preliminary injunction filed in August 2010, is DENIED as moot because the Court denied the motion for preliminary injunction by minute order filed on August 6, 2010.  Because the copy of the Court's August 6 minute order that was mailed to Applicant was returned to the Court undelivered, the clerk of the Court is directed to mail to Applicant at his current address, together with a copy of this minute order, a copy of the Court's minute order filed on August 6, 2010 (Doc. #7).

Dated:  February 7, 2011